# United States Court of Appeals for the Federal Circuit

February 2, 2005

## ERRATA

Appeal No. 03-1615

### NTP, INC. V. RESEARCH IN MOTION LTD.

Decided:   December 14, 2004                              Precedential Opinion

Please make the following change:

    Page 54, lines 20-21, delete "under section 271(a)"